AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants
Steve Sisolak, Aaron Ford,
Brian Williams, Julie Williams,
Renee Baker, Bryan Shields,
James Kendall Jones, Cisco Aguilar,
Isidro Baca and Jeremy Bean*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.<br><br>　　　　　Defendants. | Case No.  2:24-cv-00214-JAD-MDC<br><br>**NOTICE OF ACCEPTANCE OF SERVICE** |

　　　Defendants, Steve Sisolak, Aaron Ford, Brian Williams, Julie Williams, Renee Baker, Bryan Shields, James Kendall Jones, Cisco Aguilar, Isidro Baca and Jeremy Bean, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby respond to this Court's order, ECF No. 19, as follows:

///

///

///

///

///

///

1

1   Service is accepted on behalf of Defendants Steve Sisolak, Aaron Ford, Brian
2  Williams, Julie Williams, Renee Baker, Bryan Shields, James Kendall Jones, Cisco
3  Aguilar, Isidro Baca and Jeremy Bean.

4   DATED this 23rd day of July, 2025.

AARON D. FORD
Attorney General

By:  /s/ *Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on July 23, 2025, I electronically filed the foregoing, **NOTICE OF ACCEPTANCE OF SERVICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Daisy Lynne Meadows, #1027585
> Care of ESP Law librarian
> P. O. Box 1989
> Ely, NV 89301

_____
An employee of the
Office of the Nevada Attorney General