UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAISY LYNNE MEADOWS,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendant(s).

Case No. 2:23-cv-00214-JAD-NJK

**ORDER**

[Docket No. 24]

Pending before the Court is Plaintiff's motion for mediation, Docket No. 24, which the Court construes as a motion for a settlement conference given the current procedural posture.[1] The Court does not generally set a settlement conference when the parties are not in agreement that holding one might be fruitful. *E.g.*, *McCarty v. Roos*, 2013 WL 5436578, at *2 (D. Nev. Sept. 27, 2013). In addition, the parties held a mediation in this case just two months ago, so it is not clear why Plaintiff believes settlement is likely now when the recent efforts were not successful. Accordingly, the motion for a settlement conference is DENIED without prejudice. If both sides believe a settlement conference would be fruitful, they may file a stipulation explaining why one should be held.

IT IS SO ORDERED.

Dated: August 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1