**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, et al.,<br><br>　　　Defendants. | Case No. 2:23-cv-00214-JAD-NJK<br><br>**Order**<br><br>[Docket No. 28] |

Pending before the Court is Plaintiff's motion to submit evidence into discovery.[1]  Docket No. 28.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court.  *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and **INSTRUCTS** the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1