**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAISY LYNNE MEADOWS,

    Plaintiff,

v.

JOE LOMBARDO, et al.,

    Defendants.

Case No. 2:23-cv-00214-JAD-NJK

**Order**

[Docket No. 31]

Plaintiff filed a proposal to settle on the docket, which includes a letter to Defendants' counsel.[1]  Docket No. 31.

Local Rule IA 7-1(b) provides that all communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and *pro se* parties.  Further, the court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice.  Local Rule IA 7-1(b).

The instant filing is not styled as a motion, stipulation, or notice, and it is unclear whether the filing seeks any relief from the Court.

Accordingly, the Court **STRIKES** the filing at Docket No. 31.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).