**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daisy Lynne Meadows,

Plaintiff

v.

Aaron Ford, et al.,

Defendants

Case No.: 2:23-cv-00214-JAD-NJK

**Order Granting Motion to Strike Surreply**

[ECF No. 45]

Plaintiff Daisy Lynne Meadows is an inmate incarcerated in the Nevada Department of Corrections, who claims that her equal-protection rights have been violated. The defendants filed a motion for summary judgment, Meadows filed an opposition, and the defendants filed a reply brief. Those are the only briefs authorized by this court's local rules.[1] But Meadows then filed a reply to the defendants' reply.[2] That brief is best characterized as a surreply; surreplies may not be filed without leave of court;[3] and Meadows did not obtain leave of court to file hers. As a result, that filing is unauthorized, and the defendants move to strike it.[4] Meadows later filed yet another document entitled "Response to Defendants Reply."[5] That filing is yet another unauthorized surreply.

Because the rules of this court do not permit litigants to file responses or replies to replies, IT IS ORDERED that the defendants' motion to strike **[ECF No. 45] is GRANTED**;

---

[1] *See* L.R. 7-2(b).

[2] ECF No. 43.

[3] *See* L.R. 7-2(b) ("Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged.").

[4] ECF No. 45.

[5] ECF No. 46.

these unauthorized surreplies **[ECF Nos. 43, 46] are STRUCK.** Meadows is cautioned that she may not file a response to a reply brief and that any future surreplies filed without prior leave of court will be struck.

U.S. District Judge Jennifer A. Dorsey
July 28, 2026